The Kantrow Law Group, PLLC
Proposed Attorneys for Richard L. Stern, Previous Trustee
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
516 703 3672
Fred S. Kantrow
Hailey L. Kantrow

UNITED STATES BANKRUPTCY COURT    RETURN DATE: **June 17, 2021**
EASTERN DISTRICT OF NEW YORK    TIME: **10:00 AM**
------------------------------------------------------------x
In re:

    Case No.: 20-70797-las

JUAN M. BARREIRO,    Chapter 7

               Debtor.
------------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Richard L. Stern, the previous chapter 7 trustee (the "Trustee"), by and through his proposed attorneys, The Kantrow Law Group, PLLC, shall move before the Hon. Louis A. Scarcella, United States Bankruptcy Judge, for the entry of an Order approving the reopening of the chapter 7 case of Juan M. Barreiro (the "Debtor") under section 305(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 5010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on **June 17, 2021 at 10:00 a.m.** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, in Courtroom 970 pursuant to the Court's COVID-19 National Emergency Procedures as set forth on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the application, must be in writing and must be served upon the Trustee's proposed counsel, The Kantrow Law Group, PLLC, 6901 Jericho Turnpike, Suite 230, Syosset, New York 11791 to the attention of Fred S. Kantrow, Esq.; and the Office of the United States Trustee, Eastern District of New York (Central Islip Office), Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, New York

11722, to the attention of William Birmingham, Esq., with a hard copy directed to the Court; and must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, by registered users of the Bankruptcy Court's electronic case filing system and, by all other parties in interest by the appropriate electronic delivery method by not later than **June 10, 2021.**

**PLEASE TAKE FURTHER NOTICE** that only timely objections may be considered by the Court.

Dated: Syosset, New York
       May 24, 2021

>> The Kantrow Law Group, PLLC
>> *Proposed Attorneys for Trustee*
>>
>> BY:   *S/Fred S. Kantrow*
>>       Fred S. Kantrow
>>       6901 Jericho Turnpike, Suite 230
>>       Syosset, New York 11791
>>       516 703 3672
>>       Fkantrow@thekantrowlawgroup.com