UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

                                                                       Case No.: 20-70797-las

JUAN M. BARREIRO,                                       Chapter 7

                               Debtor.
-----------------------------------------------------------x

### ORDER UNDER SECTION 350(b) OF THE BANKRUPTCY CODE AND RULE 5010 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE: (1) REOPENING OF THE CHAPTER 7 CASE OF JUAN M. BARREIRO AND (2) DIRECTING THE <u>UNITED STATES TRUSTEE APPOINT A CHAPTER 7 TRUSTEE</u>

UPON the application (the "Application") of Richard L. Stern, the previous chapter 7 trustee (the "Trustee") herein, by and through his proposed counsel, The Kantrow Law Group, PLLC, seeking the entry of an Order under section 350(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 5010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the reopening of the chapter 7 case of Juan M. Barreiro (the "Debtor"), and further directing the United States Trustee appoint a Chapter 7 Trustee; and the matter having come on for consideration before the Court on June 17, 2021; and the Trustee having appeared by Fred S. Kantrow, one of his attorneys; and there being no opposition to the relief sought in the Application, or said opposition having been withdrawn or otherwise overruled; and the Court, upon due deliberation having determined that the relief sought by the Trustee is appropriate, in the best interests of the Estate and should be granted; it is hereby

**ORDERED**, the Motion is granted and the chapter 7 case of the Debtor will be reopened as and for the potential administration of assets that may be available to creditors of the estate pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010; and it is further

**ORDERED**, the United States Trustee shall appoint a chapter 7 trustee.