UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                          Chapter 7

Juan M. Barreiro,                                                      Case No. 8-20-70797-las

                                                 Debtor.
-------------------------------------------------------------x

### ORDER UNDER SECTION 350(b) OF THE BANKRUPTCY CODE AND RULE 5010 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE: (1) REOPENING OF THE CHAPTER 7 CASE OF JUAN M. BARREIRO AND (2) DIRECTING THE UNITED STATES TRUSTEE APPOINT A CHAPTER 7 TRUSTEE

Upon the motion, dated May 24, 2021 (the "Motion") [Dkt. No. 19], of Richard L. Stern, Esq., the previous chapter 7 trustee (the "Trustee") of the bankruptcy estate of Juan M. Barreiro (the "Debtor"), seeking the entry of an Order under section 350(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 5010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the reopening of the Debtor's chapter 7 case, and further directing the United States Trustee appoint a chapter 7 trustee; and a hearing on the Motion before the Court having been noticed for June 17, 2021; and no opposition having been interposed; and, pursuant to the Court's Procedures During National Emergency (COVID-19), the Trustee having filed a Certificate of No Objection on June 16, 2021 [Dkt. No. 21] and after due deliberation and there appearing to be sufficient cause to grant the relief requested; it is hereby

**ORDERED**, the Motion is granted to the extent provided herein; and it is further

**ORDERED**, that the Debtor's bankruptcy case is hereby reopened for the potential administration of assets that may be available to creditors of the estate pursuant to section 350(b) of the Bankruptcy Code and Rule 5010 of the Bankruptcy Rules; and it is further

**ORDERED**, the United States Trustee shall appoint a chapter 7 trustee; and it is further

**ORDERED**, that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.



**Dated: June 24, 2021**
     **Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**