# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: admin | Date Created: 6/24/2021 |
| Case: 8–20–70797–las | Form ID: pdf000 | Total: 34 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.LI.ECF@usdoj.gov
tr      Richard L Stern      rstern@rsternlaw.com
aty      Anthony J Gallo      gallobk@ajgalloassociates.com
aty      Fred S Kantrow      fkantrow@thekantrowlawgroup.com
aty      Hailey Lara Kantrow      hkantrow@thekantrowlawgroup.com
aty      Richard L Stern      rstern@rsternlaw.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Juan M Barreiro      712 N Newbridge Road      Levittown, NY 11756
9789271      American Express      PO Box 981537      El Paso, TX 79998–1537
9789272      Barclays Bank Delaware      125 South West Street      Wilmington, DE 19801
9789273      Best Buy/CBNA      PO Box 6497      Sioux Falls, SD 57117
9789279      CW Nexus Credit Card HOL      101 Crossways Park      Woodbury, NY 11797
9789274      Capital One      PO Box 30281      Salt Lake City, UT 84130–0253
9789275      Cavalry Portfolio SVCS      500 Summit Lake DRSTE 4A      Valhalla, NY 10595
9789276      CitiCards CBNA      PO Box 6241      Sioux Falls, SD 57117
9789277      Comenity Bank / Express      PO Box 182789      Columbus, OH 43218
9789278      Credit One Bank      PO Box 98872      Las Vegas, NV 89193–8872
9789281      DSNB/Macy's      PO Box 8218      Mason, OH 45050
9789280      Discover Bank      PO Box 15316      Wilmington, DE 19850–5316
9789282      Enhanced Recovery Comp      PO Box 57547      Jacksonville, FL 32241
9789283      Forster & Garbus < LLP      60 Motor Parkway      Commack, NY 11725–9030
9789284      Midland Funding LLC      2365 Northside Drive      Suite 300      San Diego, CA 92108
9789285      Portfolio Recovery Assoc      100 Park Ave.      Suite 1600      New York, NY 10017
9789288      SYNCB / American Eagle      PO Box 965005      Orlando, FL 32896
9789289      SYNCB / Banana Republic      PO Box 965007      Orlando, FL 32896
9789291      SYNCB / Banana Republic      PO Box 965024      Orlando, FL 32896
9789290      SYNCB / Banana Republic      PO Box 965036      Orlando, FL 32896
9789292      SYNCB / PC Richard      PO Box 965036      Orlando, FL 32896
9789286      Sears Credit Cards      PO Box 6282      Sioux Falls, SD 57117–6282
9789287      Selip & Stylianou, LLP      199 Crossways Park Drive      Woodbury, NY 11797–9004
9789293      The Home Depot / CBNA      PO Box 6497      Sioux Falls, SD 57117–6497
9789294      US Bank      PO Box 108      Saint Louis, MO 63166
9789295      Verizon Wireless      PO Box 26055      Minneapolis, MN 55426
9789297      WFFNB      PO Box 14517      Des Moines, IA 50306
9789296      Wells Fargo Card Service      PO Box 14517      Des Moines, IA 50306

TOTAL: 28