United States Bankruptcy Court
Eastern District of New York

In re: Case No. 20-70797-las
Juan M Barreiro Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8      User: admin      Page 1 of 3
Date Rcvd: Jun 24, 2021      Form ID: 252      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan M Barreiro, 712 N Newbridge Road, Levittown, NY 11756-1603 |
| smg | + | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| 9789283 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster & Garbus < LLP, 60 Motor Parkway, Commack, NY 11725-9030 |
| 9789285 | + | Portfolio Recovery Assoc, 100 Park Ave., Suite 1600, New York, NY 10017-5538 |
| 9789287 | + | Selip & Stylianou, LLP, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRLSTERN.COM | Jun 24 2021 22:13:00 | Richard L Stern, Richard L. Stern Law, PLLC, 38 New Street, Huntington, NY 11743-3463 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 24 2021 18:12:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Jun 24 2021 18:12:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 9789271 | | EDI: AMEREXPR.COM | Jun 24 2021 22:13:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 9789272 | + | EDI: TSYS2.COM | Jun 24 2021 22:13:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 9789273 | + | EDI: CITICORP.COM | Jun 24 2021 22:13:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 9789279 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2021 18:16:28 | CW Nexus Credit Card HOL, 101 Crossways Park, Woodbury, NY 11797-2020 |
| 9789274 | + | EDI: CAPITALONE.COM | Jun 24 2021 22:13:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 9789275 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2021 18:12:00 | Cavalry Portfolio SVCS, 500 Summit Lake DRSTE 4A, Valhalla, NY 10595-2323 |
| 9789276 | + | EDI: CITICORP.COM | Jun 24 2021 22:13:00 | CitiCards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 9789277 | + | EDI: WFNNB.COM | Jun 24 2021 22:13:00 | Comenity Bank / Express, PO Box 182789, Columbus, OH 43218-2789 |
| 9789278 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2021 18:16:20 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 9789280 | | EDI: DISCOVER.COM | Jun 24 2021 22:13:00 | Discover Bank, PO Box 15316, Wilmington, DE |

Case 8-20-70797-las    Doc 23    Filed 06/26/21    Entered 06/27/21 00:08:51

| District/off: 0207-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: 252 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19850-5316 |
| 9789281 | | EDI: CITICORP.COM | Jun 24 2021 22:13:00 | DSNB/Macy's, PO Box 8218, Mason, OH 45050 |
| 9789282 | + | Email/Text: bknotice@ercbpo.com | Jun 24 2021 18:12:00 | Enhanced Recovery Comp, PO Box 57547, Jacksonville, FL 32241-7547 |
| 9789284 | + | EDI: MID8.COM | Jun 24 2021 22:13:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 9789288 | + | EDI: RMSC.COM | Jun 24 2021 22:13:00 | SYNCB / American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 9789291 | + | EDI: RMSC.COM | Jun 24 2021 22:13:00 | SYNCB / Banana Republic, PO Box 965024, Orlando, FL 32896-5024 |
| 9789290 | + | EDI: RMSC.COM | Jun 24 2021 22:13:00 | SYNCB / Banana Republic, PO Box 965036, Orlando, FL 32896-5036 |
| 9789289 | + | EDI: RMSC.COM | Jun 24 2021 22:13:00 | SYNCB / Banana Republic, PO Box 965007, Orlando, FL 32896-5007 |
| 9789292 | + | EDI: RMSC.COM | Jun 24 2021 22:13:00 | SYNCB / PC Richard, PO Box 965036, Orlando, FL 32896-5036 |
| 9789286 | | EDI: CITICORP.COM | Jun 24 2021 22:13:00 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 9789293 | | EDI: CITICORP.COM | Jun 24 2021 22:13:00 | The Home Depot / CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 9789294 | | EDI: USBANKARS.COM | Jun 24 2021 22:13:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 9789295 | + | EDI: VERIZONCOMB.COM | Jun 24 2021 22:13:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 9789297 | + | EDI: WFFC.COM | Jun 24 2021 22:13:00 | WFFNB, PO Box 14517, Des Moines, IA 50306-3517 |
| 9789296 | + | EDI: WFFC.COM | Jun 24 2021 22:13:00 | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Richard L Stern, Richard L. Stern Law, PLLC, 38 New Street, Huntington, NY 11743-3463 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2021        Signature:    /s/Joseph Speetjens

Case 8-20-70797-las    Doc 23    Filed 06/26/21    Entered 06/27/21 00:08:51

| District/off: 0207-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: 252 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony J Gallo | on behalf of Debtor Juan M Barreiro gallobk@ajgalloassociates.com ajg@ajgalloassociates.com |
| Fred S Kantrow | on behalf of Trustee Richard L Stern fkantrow@thekantrowlawgroup.com hkantrow@thekantrowlawgroup.com |
| Hailey Lara Kantrow | on behalf of Trustee Richard L Stern hkantrow@thekantrowlawgroup.com |
| Richard L Stern | on behalf of Trustee Richard L Stern rstern@rsternlaw.com rstern@ecf.axosfs.com |
| Richard L Stern | rstern@rsternlaw.com rstern@ecf.axosfs.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Juan M Barreiro | Social Security number or ITIN: xxx–xx–3714 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter:  7    2/5/20 |
| Case number: | 8–20–70797–las | |

# NOTICE OF REOPENING CASE AND DISCOVERY OF ASSETS

**NOTICE IS HEREBY GIVEN THAT:**

The above captioned case was reopened by order of the court dated June 24, 2021.

It appeared from the schedules when this case was originally filed there were no assets from which dividends could be paid to creditors. It appears now that the payment of a dividend may be possible.

Creditors must now file claims in order to share in any distribution from the estate. Creditors who had previously filed a claim in this case **MUST** file a new claim. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT

290 Federal Plaza
Central Islip, NY 11722

Claims must be filed on or before September 22, 2021

A Proof of Claim form, "Official Form 410", can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office. If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website at http://www.nyeb.uscourts.gov/electronic−filing−proof−claim−epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD−ROM/DVD or flash drive and mail it to the address stated above.

Dated: June 24, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnreopPOC.jsp** [Reopen Case and Discovery of Assets Rev 02/01/17]